RONA SEIDER et al., Respondents-Appellants, v. MARIE H. ROTH, Defendant, and ANDRE J. LEMIEUX, Appellant-Respondent.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.